```
1  DAY LAW OFFICES
   MONTIE S. DAY (SBN 073327)
2  Attorney at Law
   P. O. Box 1045
3  Shoshone, Idaho
   Telephone: (208) 280-3766
4
       Attorneys for P. PAUL STORRER
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11 P. PAUL STORRER,              )
                                 ) Case No. C97-04014MJJ
12        Plaintiff,             )
   vs.                           )
13                               )
   THE PAUL REVERE LIFE          ) ACKNOWLEDGMENT AND
14 INSURANCE COMPANY, a          ) SATISFACTION OF JUDGMENT
   Massachusetts corporation,    )
15                               )
          Defendant.             )
16 _____)
17
18      Satisfaction of the judgment in full is hereby acknowledgment of final payment
19 received by P. Paul Storrer, judgment creditor, on February 14, 2006, as follows:
20      Date of Entry of Judgment:   January 28, 2005
21      Judgment Creditor Released:  The Paul Revere Life Insurance Company, a
22                                   Massachusetts corporation.
23      No abstracts of judgment were filed in any County of the Secretary of State for the
24 State of California.
25 Date:   February 16, 2006        DAY LAW OFFICES
26
                                    BY: [signature]
27                                      Montie S. Day, Attorney
28
```

SATISFACTION OF JUDGMENT

Certificate of Service

I am a citizen of the United States and a resident of the County of Lincoln, State of Idaho. I am over the age of eighteen years and not a party to the within action; my business address is P. O. Box 1045, Shoshone, Idaho 83352.

On March 14, 2006, I served the within

ACKNOWLEDGMENT AND SATISFACTION OF JUDGMENT

on   ALL PARTIES AND THEIR ATTORNEYS (IF KNOWN)

in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Alameda, California addressed as follows:

Mr. Thomas M. Herlihy
Kelly, Herlihy & Klein, LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104

I declare under penalties of perjury that the foregoing is true and correct. Executed on March 14, 2006 at Shoshone, Idaho.

*[signature: Montie S Day]*
Montie S, Day