1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104-4217
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendant
   THE PAUL REVERE LIFE
6  INSURANCE COMPANY

7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 P. PAUL STORRER,                )  Case No. C97-04014 MJJ
                                    )
14              Plaintiff,          )  **NOTICE OF ACKNOWLEDGMENT
                                    )  AND SATISFACTION OF
15      vs.                         )  JUDGMENT**
                                    )
16 THE PAUL REVERE LIFE INSURANCE   )
   COMPANY, a Massachusetts corporation, )
17                                  )
                Defendant.          )
18                                  )
                                    )
19 _____

Attached hereto, as Exhibit A, is the Acknowledgment and Satisfaction of Judgment.

KELLY, HERLIHY & KLEIN, LLP

Date: March 24, 2006

By _____
John C. Ferry
Attorneys for Defendant
THE PAUL REVERE LIFE
INSURANCE COMPANY

E:\25165\P04.wpd

# EXHIBIT "A"

1  DAY LAW OFFICES
   MONTIE S. DAY (SBN 073327)
2  Attorney at Law
   P. O. Box 1045
3  Shoshone, Idaho
   Telephone: (208) 280-3766
4
5       Attorneys for P. PAUL STORRER
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10
11 P. PAUL STORRER,                )
                                   )
12           Plaintiff,             )  Case No. C97-04014MJJ
   vs.                             )
13                                 )
   THE PAUL REVERE LIFE            )
14 INSURANCE COMPANY, a            )  ACKNOWLEDGMENT AND
   Massachusetts corporation,      )  SATISFACTION OF JUDGMENT
15                                 )
           Defendant.               )
16 _____ )
17
18       Satisfaction of the judgment in full is hereby acknowledgment of final payment
19 received by P. Paul Storrer, judgment creditor, on February 14, 2006, as follows:
20       Date of Entry of Judgment:   January 28, 2005
21       Judgment Creditor Released:  The Paul Revere Life Insurance Company, a
22                                    Massachusetts corporation.
23       No abstracts of judgment were filed in any County of the Secretary of State for the
24 State of California.
25 Date:   February 16, 2006           DAY LAW OFFICES
26
                                       BY: /s/ Montie S. Day
27                                         Montie S. Day, Attorney
28

SATISFACTION OF JUDGMENT

Certificate of Service

I am a citizen of the United States and a resident of the County of Lincoln, State of Idaho. I am over the age of eighteen years and not a party to the within action; my business address is P. O. Box 1045, Shoshone, Idaho 83352.

On March 14, 2006, I served the within

ACKNOWLEDGMENT AND SATISFACTION OF JUDGMENT

on   ALL PARTIES AND THEIR ATTORNEYS (IF KNOWN) in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Alameda, California addressed as follows:

Mr. Thomas M. Herlihy
Kelly, Herlihy & Klein, LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104

I declare under penalties of perjury that the foregoing is true and correct. Executed on March 14, 2006 at Shoshone, Idaho.

_____
Montie S, Day

1