| | |
|---|---|
| 1 | DAY LAW OFFICES |
| | MONTIE S. DAY (SBN 073327) |
| 2 | Attorney at Law |
| | P. O. Box 1045 |
| 3 | Shoshone, Idaho |
| | Telephone: (208) 280-3766 |
| 4 | |
| | Attorneys for P. PAUL STORRER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

P. PAUL STORRER,  )
          Plaintiff,  ) Case No. C97-04014MJJ
vs.  )
   ) NOTICE OF UNAVAILABILITY OF
THE PAUL REVERE LIFE  )   COUNSEL FOR P. PAUL STORRER
INSURANCE COMPANY, a  )
Massachusetts corporation,  )
          Defendant.  )
_____)

**NOTICE OF UNAVAILABILITY OF COUNSEL/PARTY**

(April 25, 2007 through May 18, 2007)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:

With a judgment entered by the Ninth Circuit affirming and reversing in part the judgment in the above action and with the matter being returned to the District Court,

NOTICE IS HEREBY GIVEN that Montie S. Day, an attorney of record in the above entitled action, will be unavailable and out of the United States during the period from April 25, 2007 to May 18, 2007, and will be unavailable for any matters of any kind, including, but not limited to, responding to ex-parte applications, appearing in court attending depositions, or responding to discovery.

_____

NOTICE OF UNAVAILABILITY

1  It is therefore requested any motions or pleadings requiring a responsive pleading
2  should be filed and served such that the time allowed for any opposition meets the
3  requirement of the Federal Rules of Civil Procedures and the Local Rules measured from
4  April 20, 2007.

Date: March 9, 2007              DAY LAW OFFICES

                                  /s/ Montie S. Day
                            BY: _____
                                  Montie S. Day, Attorney

NOTICE OF UNAVAILABILITY            - 2 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Mr. Thomas M. Herlihy
Kelly Herlihy & Klein LLP
44 Montgomery Street, Suite 2500
San Francisco, CA   94104

    s/ Montie S. Day,
    Montie S. Day,  Attorney (Cal Bar 73327)
    Attorney for Plaintiff P. Paul Storrer

    DAY LAW OFFICES
    P. O. BOX 1045
    Shoshone, Idaho   83352
    Tel: (208) 280-3766
    Fax: (208) 544-7070
    Email:   oyad@aol.com

NOTICE OF UNAVAILABILITY     - 3 -