```
 1  DAY LAW OFFICES
    MONTIE S. DAY (SBN 073327)
 2  Attorney at Law
    P. O. Box 1045
 3  Shoshone, Idaho
    Telephone: (208) 280-3766
 4
            Attorneys for P. PAUL STORRER
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  P. PAUL STORRER,                  )
                                      ) Case No. C97-04014MJJ
12           Plaintiff,               )
                                      )
13  vs.                               ) NOTICE OF MOTION AND
                                      ) MOTION TO CONSIDER CASE AS
14  THE PAUL REVERE LIFE              ) RELATED CASE AND TO REASSIGN
    INSURANCE COMPANY, a              ) CASE TO THE HONORABLE
15  Massachusetts corporation,        ) JAMES LARSON
                                      )
16           Defendant.               )
    _____     )
17                                    )
    JOAN HANGARTER,                   )
18                                    )
             Plaintiff,               ) Related Action:
19                                    ) Case No. C99-5286JL*[1]
    vs.                               )
20                                    ) Date: None Set
    THE PAUL REVERE LIFE              )
21  INSURANCE COMPANY, a              )
    Massachusetts corporation,        )
22                                    )
             Defendant.               )
23  _____     )
```

---

[1] This case is closed, judgment having been affirmed by the Ninth Circuit Court of Appeals in *Hangarter v. The Paul Revere Life Insurance Company (9TH Cir) 373 F.3d 998*.

NOTICE OF MOTION and MOTION RE: RELATED CASES

**NOTICE OF MOTION AND MOTION**

NOTICE IS HEREBY GIVEN that the Plaintiff P. PAUL STORRER moves this Court to relate the instant case of *P. Paul Storrer v. The Paul Revere Life Insurance Company, Case No. C97-04014MJJ*, such case having been remanded from the Ninth Circuit Court of Appeals for further proceedings, with the case of *Joan Hangarter v. The Paul Revere Life Insurance Company, Case No. C99-5286JL*, notwithstanding such case has been closed having the judgment entered therein affirmed by the Court of Appeals in *Hangarter v. The Paul Revere Life Insurance Company (9TH Cir) 373 F.3d 998* .   Plaintiff further moves that the case of *P. Paul Storrer v. The Paul Revere Life Insurance Company, Case No. C97-04014MJJ*, be transferred to the Honorable James Larson.

The motion is made that the cases involve the same defendant, the same policies and practices of the defendants, the same major issues, and that the transfer, which is necessary as a result of Judge Jenkin's departure from the Federal bench, would be judicially efficient in that Judge James Larson, having presided over the *Hangarter v. The Paul Revere Life Insurance Company*, will be dealing with the same and/or similar issues, both factually and legal, which relate to both cases, as is further set forth in the accompanying memorandum of law.

This motion is supported by the files and records in both cases, this notice of motion and motion, the accompanying memorandum of points and authorities, and the supporting declaration of Montie S. Day.

Date: February 21, 2008          DAY LAW OFFICES

                                 /s/ Montie S. Day

                                 By:_____

                                 Montie S. Day, Attorney

---
NOTICE OF MOTION and MOTION RE: RELATED CASES       - 2 -