| | |
|---|---|
| 1 | DAY LAW OFFICES |
| | MONTIE S. DAY (SBN 073327) |
| 2 | Attorney at Law |
| | P. O. Box 1045 |
| 3 | Shoshone, Idaho |
| | Telephone: (208) 280-3766 |
| 4 | |
| | Attorneys for P. PAUL STORRER |
| 5 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| P. PAUL STORRER, | ) | |
| | ) | Case No. C97-04014MJJ |
| Plaintiff, | ) | |
| | ) | DECLARATION OF MONTIE S. |
| vs. | ) | DAY IN SUPPORT OF MOTION |
| | ) | TO CONSIDER CASE AS |
| THE PAUL REVERE LIFE | ) | RELATED CASE AND TO REASSIGN |
| INSURANCE COMPANY, a | ) | CASE TO THE HONORABLE |
| Massachusetts corporation, | ) | JAMES LARSON |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| JOAN HANGARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Related Action: |
| | ) | Case No. C99-5286JL*[1] |
| vs. | ) | |
| | ) | Date: None Set |
| THE PAUL REVERE LIFE | ) | . |
| INSURANCE COMPANY, a | ) | |
| Massachusetts corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

---

[1] This case is closed, judgment having been affirmed by the Ninth Circuit Court of Appeals in *Hangarter v. The Paul Revere Life Insurance Company (9TH Cir) 373 F.3d 998* .

DECLARATION OF MONTIE S. DAY

I, Montie S. Day, declare:

1. I am the attorney for the plaintiff P. Paul Storrer in the instant action.

2. This action was remanded after an appeal to the Ninth Circuit Court of Appeals for further proceedings.

3. I was advised by the Clerk of the Court that this case is being reassigned due to Judge Jenkins' departure, and that at such time an order would be issued for the reassignment and that such matter could be placed on the calendar when reassigned. I request that this case be considered as a related case to the case of *Joan Hangarter v. The Paul Revere Life Insurance Company, Case No. C99-5286JL*, notwithstanding such case has been closed having the judgment entered therein affirmed by the Court of Appeals in *Hangarter v. The Paul Revere Life Insurance Company (9TH Cir) 373 F.3d 998* . I further request that the case of *P. Paul Storrer v. The Paul Revere Life Insurance Company, Case No. C97-04014MJJ*, be transferred to the Honorable Judge James Larson.

4. The cases are very similar and involve essentially the same issues of facts and law. The case involves the same defendant. From my review of the case, the cases involve the same policies and practices of the defendants. The case involves complex legal issues, but the Honorable James Larson, having presided over the *Hangarter v. The Paul Revere Life Insurance Company*, would be familiar with and has dealt with the same and/or similar issues, both factual and legal, which relate to both cases.

5. The cases involve some of the same witnesses, such as Kenneth Seaman, the claims adjustor for Paul Revere Life Insurance Company, who handled the claim in both cases. It also involves the policies and practices instituted by Ralph Mahoney of Paul Revere Life Insurance Company, and will involved the same illegal practices.

6. The legal issues are also similar with respect to evidence. For example, Paul Revere objects to expert testimony on the standards for insurance practice. This was ruled against Paul Revere in the Hangarter case, and the ruling was affirmed at the Court of Appeals. Surely, the defendant should not be allowed to argue this issue again in the instant case, but with assignments to different judges, the ruling may conflict (as it has before).

DECLARATION OF MONTIE S. DAY — - 2 -

1     It is submitted that this case qualifies for a "related case" status, and should be transferred to Judge James Larson.

    I declare under the penalties of perjury that the foregoing is true and correct, and that I have executed this on February 21, 2008 at Williams, California.

                                      /s/ Montie S. Day

                                      _____

                                      Montie S. Day, Attorney

DECLARATION OF MONTIE S. DAY     - 3 -