THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
THE PAUL REVERE LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| P. PAUL STORRER,<br><br>               Plaintiff,<br><br>    vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation,<br><br>            Defendant. | Case No. C97-04014 MJJ<br><br>**OBJECTIONS TO/MOTION TO STRIKE DECLARATION OF MONTIE S. DAY** |

1    Defendant The Paul Revere Life Insurance Company ("Paul Revere") objects, pursuant to

2    Local Rule 7-5(b), to the Declaration of Montie S. Day regarding plaintiff's motion for related case.

3    Mr. Day's Declaration should be stricken in whole or in part under L.R. 7-5(b).

4                                          **OBJECTIONS**

5    1.    The Declaration of Montie Day fails to show any personal knowledge with respect to

6    specific facts in *Hangarter v. Provident Life, et al.*

7    2.    The Declaration of Montie Day consists of hearsay with respect to his recitation "facts

8    and law" in *Hangarter*.

9    3.    The Declaration of Montie Day is misleading insofar as it suggests that Paul Revere

10   was the only defendant in *Hangarter*.

11   4.    The Declaration of Montie Day (paras. 4, 5, and 6) is based on conclusions and

12   argument, and therefore those portions should be stricken.  L.R. 7-5(b).

13

14                                          KELLY, HERLIHY & KLEIN, LLP

15

16   Date: February 26, 2008                By_____/s/_____

17                                                   John T. Burnite
                                             Attorneys for Defendant
18                                           THE PAUL REVERE LIFE
                                             INSURANCE COMPANY

19

20
     E:\25165\P08.wpd
21

22

23

24

25

26

27

28

-1-

OBJECTIONS TO/MOTION TO STRIKE DECLARATION OF MONTIE S. DAY        CASE NO. C97-04014 MJJ