1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104-4217
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendant
   THE PAUL REVERE LIFE
6  INSURANCE COMPANY

7

8

9             **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12

13 P. PAUL STORRER,                    )   Case No. C97-04014 MJJ
                                        )
14           Plaintiff,                 )   **[PROPOSED] ORDER DENYING**
                                        )   **MOTION TO CONSIDER CASE AS**
15     vs.                              )   **RELATED AND DENYING**
                                        )   **REASSIGNMENT TO**
16 THE PAUL REVERE LIFE INSURANCE       )   **MAGISTRATE JUDGE JAMES**
   COMPANY, a Massachusetts corporation,)   **LARSON**
17                                      )
             Defendant.                 )
18                                      )
                                        )
19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER DENYING MOTION TO CONSIDER CASE RELATED        CASE NO. C97-04014 MJJ
AND DENYING REASSIGNMENT TO MAGISTRATE JUDGE

1  Having considered the papers in support of and in opposition to plaintiff's motion to
2  consider case related, and for reassignment to Magistrate Judge James Larson, the court rules as
3  follows:
4  The motion is denied.

6  Date: February ___, 2008          By_____
                                        UNITED STATES DISTRICT COURT JUDGE

9  E:\25165\P09.wpd

-1-

[PROPOSED] ORDER DENYING MOTION TO CONSIDER CASE RELATED          CASE NO. C97-04014 MJJ
AND DENYING REASSIGNMENT TO MAGISTRATE JUDGE