1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104-4217
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendant
   THE PAUL REVERE LIFE
6  INSURANCE COMPANY

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 P. PAUL STORRER,                )   Case No. C97-04014 MJJ
                                    )
14              Plaintiff,          )   **SUBSTITUTION OF ATTORNEY**
                                    )
15       vs.                        )
                                    )
16 THE PAUL REVERE LIFE INSURANCE   )
   COMPANY, a Massachusetts corporation, )
17                                  )
                Defendant.          )
18                                  )
                                    )

---

SUBSTITUTION OF ATTORNEY                                CASE NO. C97-04014 MJJ

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND
2  TO THEIR ATTORNEYS OF RECORD:
3
4      PLEASE TAKE NOTICE that defendant, The Paul Revere Life Insurance Company, hereby
5  substitutes counsel as follows:
6
7  1.    Former legal representative:
8      Kelly, Herlihy & Klein, LLP
9
10 2.    **New legal representative**:
11     Thomas M. Herlihy, Esq. (SBN 83615)
12     John T. Burnite, Esq. (SBN 162223)
    Wilson, Elser, Moskowitz, Edelman & Dicker
13     525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
14     Tel: (415) 433-0990
    Fax: (415) 434-1370
15
16 3.    The party making this substitution is defendant, The Paul Revere Life Insurance Company.
17
18 4.    I consent to this substitution.
19
20 Dated: March 31, 2008    Gayle Flandas Weiss    *[signature]*
    (Print Name)    (Signature of party)
21
22 5.    I consent to this substitution.
23
24 Dated: April 3, 2008    Thomas M. Herlihy    *[signature]*
    (Print Name)    (Signature of former attorney)
25
26
27
28

-1-

SUBSTITUTION OF ATTORNEY    CASE NO. C97-04014 MJJ

-2-

6. I am duly admitted to practice in this District and accept this substitution.

Dated: April 3, 2008      _____      _____
                            (Print Name)                (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008      _____
                                    UNITED STATES DISTRICT JUDGE

E:\25165\P10.wpd