THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
**WILSON, ELSER, MOSKOWITZ,**
 **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant,
THE PAUL REVERE LIFE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. PAUL STORRER<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts Corporation<br>　　　　Defendant. | Case No.: C97-04014 SBA<br><br>**DEFENDANT'S CASE MANAGEMENT STATEMENT**<br><br>Date:  April 30, 2008<br>Time:  3:15 p.m.<br>Dept.:  3 |

　　　　Pursuant to Civil Local Rule 16-9, The Paul Revere Life Insurance Company ("Paul Revere") hereby submits its Case Management Statement in the action filed by P. Paul Storrer ("plaintiff").  Due to press of business – trial conflicts, depositions and travel absences – attorneys for the parties were able to talk, but could not arrange for a joint filing.

　　　　1.　　**Jurisdiction and Service:**

　　　　Diversity is the basis for this court's jurisdiction; there is no specific subject matter jurisdiction.

///

///

<hr>

1

THE PAUL REVERE LIFE INSURANCE COMPANY'S CASE MANAGEMENT STATEMENT

Case No.: C97-04014 SBA

349199.1

2.   **Facts:**

Plaintiff is an insured under a Paul Revere individual disability policy.  He made a claim in 1993.  His claim was for residual/partial – disability.  A dispute arose over the cause of plaintiff's income loss (choice versus a partially disabling condition) and the amount of the loss (for determination of his benefits).  Although payments were made to plaintiff initially and for several years thereafter, the questions about the cause and extent of disability led to a cessation of benefits.

Plaintiff filed his lawsuit in 1997.  During the lawsuit, discovery and motions clarified all contract questions.  All benefits in dispute were paid in 2000 and benefits continue to be paid subject to policy terms.

3.   **Legal Issues:**

The issues for retrial: Whether any/all of plaintiff's claims remain viable.  The extent to which plaintiff's damages exist, are capped, or are moot.

There also may be issues regarding res judicata, collateral estoppel and law of the case.

4.   **Motions:**

There are no pending motions.

5.   **Amendment of Pleadings:**

Paul Revere does not expect to amend.

6.   **Evidence Preservation:**

Paul Revere has kept its records regarding plaintiff's claim.  Paul Revere is not aware if plaintiff has documents to supplement earlier productions or to bring earlier production current.

7.   **Disclosures:**

It appears all have been done.

8.   **Discovery:**

Paul Revere will want to take depositions of plaintiff, his spouse, his attorneys, and any supporting witnesses for plaintiff's extra-contractual compensatory damage claims.

9.   **Class Actions:**

Not applicable.

2

THE PAUL REVERE LIFE INSURANCE COMPANY'S CASE MANAGEMENT STATEMENT

Case No.: C97-04014 SBA

349199.1

10. **Related Cases:**

None.

11. **Relief:**

Paul Revere seeks a dismissal of plaintiff's remaining claims, its costs of suit, and such further relief as the court deems proper.

12. **Settlement and ADR:**

The parties wish to participate in mediation before a magistrate judge.

13. **Consent to Magistrate Judge For All Purposes:**

Paul Revere declines to proceed before a magistrate judge, except for settlement.

14. **Other References:**

This case is not suitable for reference.

15. **Narrowing of Issues:**

This is not applicable.

16. **Expedited Schedule:**

The parties do not believe this case can be handled on an expedited basis.

17. **Scheduling:**

Paul Revere suggests mediation first, hopefully within the next 90 days. Then, a further case management conference to set dates.

18. **Trial:**

Paul Revere anticipates that trial may take between 6 and 12 days, depending on pre-trial rulings.

19. **Disclosure of Non-party Interested Entities or Persons:**

The parent company of Paul Revere is Unum Group. It has other subsidiary insurance companies, including Provident Life and Accident Insurance Company and Unum Life Insurance Company. They may have a pecuniary interest in the outcome of this action. This representation is made to enable the Court to evaluate possible disqualification or recusal.

THE PAUL REVERE LIFE INSURANCE COMPANY'S CASE MANAGEMENT STATEMENT

Case No.: C97-04014 SBA

349199.1

1

20.    <u>**Such other matters as may facilitate the just, speedy and inexpensive disposition**</u>

2

<u>**of this matter:**</u>

3

None at this time.

4

5

Dated:  April 23, 2008

6

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

7

8

9

By: _____/s/_____

Thomas M. Herlihy
Attorneys for Defendant

10

THE PAUL REVERE LIFE INSURANCE COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE PAUL REVERE LIFE INSURANCE COMPANY'S CASE MANAGEMENT STATEMENT

Case No.: C97-04014 SBA

349199.1