| | |
|---|---|
| 1 | DAY LAW OFFICES |
|   | MONTIE S. DAY (SBN 073327) |
| 2 | Attorney at Law |
|   | P. O. Box 1045 |
| 3 | Shoshone, Idaho |
|   | Telephone: (208) 280-3766 |

Attorneys for P. PAUL STORRER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| P. PAUL STORRER, | ) | Case No. C97-04014SBA |
|   | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
|   | ) | |
| THE PAUL REVERE LIFE | ) | NOTICE OF UNAVAILABILITY OF |
| INSURANCE COMPANY, a | ) | COUNSEL FOR PLAINTIFF |
| Massachusetts corporation, | ) | |
|   | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY, if any:

Notice is hereby given that Montie S. Day, an attorney of record in the above entitled action, will be unavailable and out of the United States during the period from October 15, 2008 to November 17, 2008, and will be unavailable for any matters of any kind, including, but not limited to, responding to ex-parte applications, responding to any motions, appearing in court, attending depositions, or responding to discovery.

It is therefore requested any motions or pleadings requiring a responsive pleading should be filed and served such that the time allowed for any opposition meets the deadlines as may apply under the Federal Rules of Civil Procedures and Local Rules of this Court measured from October 15, 2008 and excluding the time to November 17, 2008.

_____

NOTICE OF UNAVAILABILITY

1
2  Date: April 28, 2008                DAY LAW OFFICES
3
4                                             /s/ Montie S. Day
                                       BY: _____
5                                            Montie S. Day, Attorney
6
7
8
9  Date:                               DAY LAW OFFICES
10
                                       BY: _____
11                                           Montie S. Day, Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
NOTICE OF UNAVAILABILITY                  - 2 -