| | |
|---|---|
| 1 | DAY LAW OFFICES |
|   | MONTIE S. DAY (SBN 073327) |
| 2 | Attorney at Law |
|   | P. O. Box 1525 |
| 3 | Williams, California 95087 |
|   | Telephone: (208) 280-3766 |
| 4 | Email:  oyad@aol.com |

     Attorneys for P. PAUL STORRER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| P. PAUL STORRER, | ) | |
|  | ) | Case No. C97-04014SBA   (BZ) |
|      Plaintiff, | ) | |
| vs. | ) | |
|  | ) | |
| THE PAUL REVERE LIFE | ) | NOTICE OF CHANGE OF ADDRESS |
| INSURANCE COMPANY, a | ) | OF COUNSEL FOR PLAINTIFF |
| Massachusetts corporation, | ) | |
|  | ) | |
|      Defendant. | ) | |
| _____ | ) | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY, if any:

NOTICE IS HEREBY GIVEN that counsel for the Plaintiff, Montie S. Day, has changed his address until further notice to:

          MONTIE S. DAY, ATTORNEY
          DAY LAW OFFICES
          P. O. BOX 1525
          WILLIAMS, CALIFORNIA 95987

          Telephone Number: (208) 280-3766
          Fax Number:        (530) 473-5635

Date: June 30, 2008          DAY LAW OFFICES

          /s/ Montie S. Day

          BY: _____
               Montie S. Day, Attorney

_____

NOTICE OF CHANGE OF ADDRESS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Thomas M. Herlihy
Kelly Herlihy & Klein LLP
44 Montgomery Street, Suite 2500
San Francisco, CA   94104

    s/ Montie S. Day,
    Montie S. Day,  Attorney (Cal Bar 73327)
    Attorney for Plaintiff P. Paul Storrer

    DAY LAW OFFICES
    P. O. BOX 1045
    Shoshone, Idaho   83352
    Tel: (208) 280-3766
    Fax: (208) 544-7070
    Email:   oyad@aol.com

___

NOTICE OF CHANGE OF ADDRESS

- 2 -