UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| P. PAUL STORRER, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C97-4014 SBA (BZ) |
| | ) | |
| v. | ) | ORDER RE OVERDUE PAPERS |
| | ) | |
| PAUL REVERE LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant(s). | ) | |

TO:  Defendant and its attorney of record:

On May 8, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for Thursday, July 10, 2008. Your statement was due Thursday, July 3, 2008. It was not received by chambers.

It is hereby ORDERED that if a statement is not lodged by the close of business tomorrow, defendant will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 7, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\STORRER V. PAUL REVERE\STORRER V. PAUL REVERE LATE.wpd

1