1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant,
6  THE PAUL REVERE LIFE
   INSURANCE COMPANY
7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 P. PAUL STORRER                  )   Case No.: C97-04014 SBA
               Plaintiff,      )
13                                          )   **STIPULATION TO CONTINUE**
      vs.                               )   **DEADLINE TO COMPLETE**
14                                          )   **SETTLEMENT CONFERENCE AND TO**
   THE PAUL REVERE LIFE INSURANCE )   **CONTINUNE CASE MANAGEMENT**
15 COMPANY, a Massachusetts Corporation )   **CONFERENCE**
               Defendant.     )
16                                          )
                                            )
17                                          )
   _____)
18

19

20

21

22

23

24

25

26

27

28
                                                        1
                                           STIPULATION
                                                                              Case No.: C97-04014 SBA
362173.1

1  Counsel for Paul Revere are unexpectedly unavailable for the settlement conference set with Magistrate Judge Zimmerman due to an ongoing trial in which they are engaged. The trial began on June 16, 2008.

The settlement conference presently is set for July 10, 2008. However, due to the above circumstance, the parties have agreed to continue the settlement conference to August 28, 2008. Counsel for Paul Revere has notified Magistrate Judge Zimmerman's courtroom clerk of this unexpected development, and the request for a continuance.

The parties respectfully request that the court extend the deadline to complete the settlement conference, for good cause shown, to allow it to be rescheduled on August 28, 2008. The parties also respectfully request the Case Management Conference set for July 24, 2008 be continued for approximately 30 days following the deadline to complete the settlement conference.

Dated: July 8, 2008

DAY LAW OFFICES


By: _____/s/ Monti S. Day_____
    Montie Day
    Attorneys for plaintiff


Dated: July 8, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: _____/s/ Thomas M. Herlihy_____
    Thomas M. Herlihy
    Attorneys for Defendant
    THE PAUL REVERE LIFE INSURANCE COMPANY

2
STIPULATION
Case No.: C97-04014 SBA

362173.1

**ORDER**

It is hereby ordered that the deadline to complete Settlement Conference is continued to _____, 2008, and Case Management Conference is continued to _____, 2008.

Date: _____, 2008

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

---

3
STIPULATION
Case No.: C97-04014 SBA

362173.1