UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| P. PAUL STORRER,<br><br>  Plaintiff(s),<br><br>  v.<br><br>PAUL REVERE LIFE INSURANCE CO.,<br><br>  Defendant(s). | No. C97-4014 SBA (BZ)<br><br>**CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference presently scheduled for Thursday, July 10, 2008, at 9:00 a.m., **is continued to Thursday, August 28, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Settlement Conference Statements are due **August 21, 2008 and shall be lodged with chambers.**  The Settlement Conference Order otherwise remains in full force and effect.

Dated: July 9, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

1