1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant,
6  THE PAUL REVERE LIFE
   INSURANCE COMPANY
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. PAUL STORRER<br>          Plaintiff,<br><br>     vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts Corporation<br>          Defendant. | Case No.: C97-04014 SBA<br><br>**STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Counsel for Paul Revere are unexpectedly unavailable for the settlement conference set with Magistrate Judge Zimmerman due to an ongoing trial in which they are engaged. The trial began on June 16, 2008.

The settlement conference presently is set for July 10, 2008. However, due to the above circumstance, the parties have agreed to continue the settlement conference to August 28, 2008. Counsel for Paul Revere has notified Magistrate Judge Zimmerman's courtroom clerk of this unexpected development, and the request for a continuance.

The parties respectfully request that the court extend the deadline to complete the settlement conference, for good cause shown, to allow it to be rescheduled on August 28, 2008. The parties

1
STIPULATION
Case No.: C97-04014 SBA

362173.1

also respectfully request the Case Management Conference set for July 24, 2008 be continued for approximately 30 days following the deadline to complete the settlement conference.

Dated: July 8, 2008

                              DAY LAW OFFICES

                              By: _____/s/ Monti S. Day_____
                                    Montie Day
                                    Attorneys for plaintiff

Dated: July 8, 2008

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: _____/s/ Thomas M. Herlihy_____
                                    Thomas M. Herlihy
                                    Attorneys for Defendant
                                    THE PAUL REVERE LIFE INSURANCE COMPANY

## **ORDER**

It is hereby ordered that:

(1)    The deadline to complete Settlement Conference is continued to August 28, 2008 at 9:00 a.m.;

(2)    the Case Management Conference (CMC) set for July 24, 2008, at 2:30 p.m., is CONTINUED to September 24, 2008, at 3:00 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference

1 call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and
2 time.

4 Date: 7/9/ 2008

_____
SAUNDRA BROWN ARMSTRONG
JUDGE OF THE UNITED STATES
DISTRICT COURT

3
STIPULATION
Case No.: C97-04014 SBA

362173.1