**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Thursday, Aug. 28, 2008 @ 9:00 a.m.

TIME: 3 hours

**TITLE OF CASE:**          **DOCKET NO.:**

STORRER V. THE PAUL REVERE LIFE INS. CO.   C97-4014 SBA (BZ)   ☒ REFERRAL

ATTORNEY(S) FOR PLAINTIFF(S):     ATTORNEY(S) FOR DEFENDANT(S):

Montie S. Day; James A. Haverkamp     John T. Burnite

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:   ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO:

**NOTES**

Case did not settle.

G:\BZALL\-REFS\REFS.08\STORRER MINUTE1.ORD.wpd