**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| P. PAUL STORRER, | No. C 97-04014 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 229] |
| PAUL REVERE LIFE INSURANCE CO., The Paul Revere Life Insurance Company, a Massachusetts Corp., | |
| Defendant. | |

Before the Court is defendant's administrative Motion to File Under Seal Regarding Motion for Partial Summary Judgment [Docket No. 229]. The Court DENIES the motion without prejudice. Defendant requests to file unspecified "confidential medical and financial records" which were filed under seal, apparently in 1999, or almost ten years ago, in relation to unspecified motions disposed of long before this matter was assigned to this Court. Defendant apparently seeks to use these sealed documents in a dispositive motion. Requests to seal documents in the Northern District are governed by Civil Local Rule 79-5. In addition, in the Ninth Circuit, while *good cause* is required to file documents under seal which are related to a discovery dispute, a *compelling* reason is required to file documents under seal which are related to a dispositive proceeding. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Defendant has not complied with Local Rule 79-5, nor has it provided any compelling reason under *Kamakana* to approve the redaction or sealing of any materials filed in connection with a dispositive motion. The Court DENIES the motion without prejudice.

IT IS SO ORDERED.

December 17, 2008

_____
Saundra Brown Armstrong
United States District Judge