1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

2

**OAKLAND DIVISION**

3

P. PAUL STORRER,                                        No.  C 97-04014 SBA

4

                    Plaintiff,                          **ORDER**

5

    v.                                                  [Docket No. 234]

6

PAUL REVERE LIFE INSURANCE

7

CO., The Paul Revere Life Insurance
Company, a Massachusetts Corp.,

8

                    Defendant.

9

_____

10

11          Before the Court is defendant's Amended Motion for Partial Summary Judgment [Docket

12   No. 234].  Based on the Court's discussion with the parties via telephone on January 15, 2009, the

13   amended motion is DENIED as moot, and the hearing set for January 20, 2009, at 1:00 p.m., in

14   Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California,

15   94612, is VACATED.  The parties are directed to comply with the instructions given during the

16   teleconference, for which the Court sets the following briefing schedule.  Defendant's motion for

17   summary judgment shall be filed on or before February 19, 2009.  Plaintiff's opposition, if any, shall

18   be filed on or before March 3, 2009.  Defendant's reply shall be filed on or before March 10, 2009.

19   The motion shall be heard on March 24, 2009, at 1:00 p.m., in Courtroom 3 of the United States

20   Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

21          Further, the case management conference set for January 20, 2009, at 1:00 p.m., in

22   Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California,

23   94612, is CONTINUED to March 24, 2009, at 1:00 p.m., in the same location.  The parties shall

24   **meet and confer** prior to the conference and shall prepare a joint Case Management Conference

25   Statement which shall be filed no later than ten (10) days prior to the Case Management Conference

26   ///

27   ///

28   ///

that complies with the Standing Order for All Judges of the Northern District of California and the

Standing Order of this Court.  Plaintiff shall be responsible for filing the statement.


IT IS SO ORDERED.


January 16, 2009

_____
Saundra Brown Armstrong
United States District Judge

2