1

2                      UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                              OAKLAND DIVISION

5

6    P. PAUL STORRER,                          Case No:  C 97-04014 SBA

7              Plaintiff,

8         vs.                                  **ORDER DENYING DEFENDANT'S
                                               MOTION FOR PARTIAL SUMMARY
9    THE PAUL REVERE LIFE INSURANCE            JUDGMENT WITHOUT PREJUDICE**
     COMPANY, a Massachusetts corporation,
10                                             [Docket 64, 241]
              Defendant.
11

12

13

14         This diversity jurisdiction insurance bad faith previously was assigned to the Honorable

15   Martin J. Jenkins of this Court.  On January 4, 2000, Defendant's filed a motion for summary

16   judgment (Docket 64), which Judge Jenkins granted.  Plaintiff appealed to the Ninth Circuit, which

17   on February 5, 2007, affirmed in part and reversed in part.  Specifically, the court of appeal

18   reversed summary judgment as to Plaintiff's bad faith claim and remanded for a determination on

19   his claim for punitive damages.  Upon remand, the case was reassigned to this Court.

20         On February 19, 2009, Defendant filed a Notice of Motion and Motion for Partial Summary

21   Judgment by the Paul Revere Life Insurance Company.  (Docket 241.)  However, Defendant did

22   not accompany its motion with a memorandum of points and authorities.  Instead, Defendant

23   indicated that "[t]his motion is based on … the Memorandum of Points and Authorities filed herein

24   on *January 4, 2000* (Docket No. 64)…."  (Id. at 2, emphasis added.)

25         Defendant's attempt to base its renewed motion on a *nine year-old*, 24-page memorandum

26   that was presented to another judge is improper.  (Local Rule 7-2(b), 7-4.)  It is not the Court's

27   obligation to parse through Defendant's previously-filed papers to ascertain which facts, argument

28   and evidence are germane, versus those which are not.  Accordingly,

1    IT IS HEREBY ORDERED THAT Defendant's Motion for Partial Summary Judgment

2   (Docket 64, 241) is DENIED without prejudice.  In the event that Defendant desires to renew its

3   motion, it shall do so by filing its motion papers (including a supporting memorandum and

4   evidence) by April 7, 2009.  Opposition papers shall be filed by April 21, 2009 and any reply shall

5   be filed by April 28, 2009.  Since the issues have been narrowed as a result of the Ninth Circuit's

6   decision, the moving and opposition briefs shall be limited to ten (10) pages, and the reply shall be

7   limited to five (5) pages.

8    The hearing on the renewed motion is scheduled for **May 19, 2009 at 1:00 p.m.**  The

9   parties shall file a joint case management statement at least ten (10) days prior to the hearing.  The

10  case management conference will follow the hearing on the motion.  In the event the Court

11  determines that no argument on the motion is required, the Clerk will notify the parties in advance

12  of the hearing that no appearance is required.

13   IT IS SO ORDERED.

14

15  Dated: March 19, 2009

Hon. Saundra Brown Armstrong
16                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28