1   DAY LAW OFFICES
    MONTIE S. DAY, Attorney   #073327
2   P. O. Box 1525
    Williams, California 95987
3   Tel:   (208) 280-3766
    Email:   oyad@aol.com
4
        Attorneys for P. PAUL STORRER
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  P. PAUL STORRER,                    )
                                        ) Case No. C97-04014 SBA
11              Plaintiff,              )
    vs.                                 )     ORDER EXTENDING
12                                      )  THE PRE-TRIAL PREPARATION TO
    THE PAUL REVERE LIFE                )  NOVEMBER 30
13  INSURANCE COMPANY, a                )
    Massachusetts corporation,          )
14                                      )
                                        )
15              Defendant.              )
                                        )
16  _____)

17      Upon the application of the plaintiff by counsel, and for good cause appearing,

18      IT IS HEREBY ORDERED that the time for the pre-trial preparation date as set forth

19  in this Court's order for pre-trial preparation (Para. F), now due November 24, 2009, is

20  extended to Monday, November 30, 2009.

21

22  Date:  11/24/09

23                                          Saundra B Armstrong
                                            _____
24                                          Judge

25

26

27

28

    ORDER