UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| P. PAUL STORRER,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation,<br><br>        Defendant. | Case No:  C 97-04014 SBA<br><br>**ORDER RE MOTIONS IN LIMINE** |

IT IS HEREBY ORDERED THAT the Order for Pretrial Preparation is modified with respect to the submission of motions *in limine*. Each side shall file all of their *in limine* motions (if any) in a single memorandum, not to exceed 10 pages in length. Motions *in limine* shall be filed by December 1, 2009 and oppositions shall be filed by December 7, 2009. The parties may file a reply, not to exceed 5 pages, by Noon on December 9, 2009. The Court will not consider any motion *in limine* unless the parties have certified that they have first met and conferred, as required by the Court's standing orders. Any request to exceed the page limit must be submitted prior to the deadline for these briefs and must be supported by a showing of good cause and a certification that the applicant has met and conferred with the opposing party. All other provisions of the Order for Pretrial Preparation shall remain unchanged.

IT IS SO ORDERED.

Dated: November 30, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge