UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| P. PAUL STORRER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation,<br><br>　　　　Defendant. | Case No: C 97-04014 SBA<br><br>**ORDER DENYING MOTION TO STRIKE AND GRANTING ALTERNATIVE REQUEST FOR ADDITIONAL TIME**<br><br>Docket 306 |

      This Court previously instructed the parties to limit their motions in limine and oppositions thereto to a single memorandum not to exceed ten pages, and a single reply not to exceed five pages. Ignoring the Court's instructions, Plaintiff filed two separate motions in limine, a fourteen-page long opposition to Defendant's motions in limine, and two reply briefs totaling seven pages in length. Plaintiff also filed his response to Defendant's objections to evidence a day late. As a result of these violations of the Court's orders, Defendant moves to strike these briefs. Alternatively, Defendant seeks leave to file reply briefs in response to Plaintiff's two oppositions to Defendant's objections to evidence.

      The Court is troubled by Plaintiff's flagrant disregard of this Court's Orders. Although it is within the Court's discretion to strike the offending briefs, the Court, in consideration of less drastic alternatives, declines to do so. Rather, the Court will permit Defendant additional time to file a reply in support of its objections to evidence. However, Plaintiff is warned that further transgressions of the Court's Orders will result in the imposition of sanctions, **up to and including dismissal of his action**. Accordingly,

1  IT IS HEREBY ORDERED THAT Defendant's Motion to Strike is DENIED.
2  Defendant's alternative request for additional time to file a reply in support of its objections to
3  evidence is GRANTED.  Defendant shall file a single reply memorandum not to exceed eight
4  pages by Noon on December 14, 2009.  This Order terminates Docket 302.
5  IT IS SO ORDERED.

7  Dated: December 11, 2009                                    _____
                                                               SAUNDRA BROWN ARMSTRONG
8                                                              United States District Judge