UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| P. PAUL STORRER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation,<br><br>　　　　Defendant. | Case No: C 97-4014 SBA<br><br>**ORDER RE TRIAL DATE** |

At the pretrial conference, the Court advised the parties that trial may commence either on January 13, 2010, or alternatively, following the conclusion of a criminal trial previously scheduled to commence on January 20, 2010. Trial in the criminal case has since been continued to a later date. Accordingly,

IT IS HEREBY ORDERED THAT the jury trial in this matter shall commence on **January 13, 2010 at 8:30 a.m.** The parties and their counsel (including a representative from each side with full settlement authority) shall appear on that date and time.

IT IS SO ORDERED.

Dated: January 4, 2010

　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge