THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: thomas.herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendant
THE PAUL REVERE LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| P. PAUL STORRER,<br><br>                Plaintiff,<br><br>       vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts Corporation<br><br>                Defendant. | Case No.: C97-04014 SBA<br><br>**APPLICATION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL; ORDER**<br><br>Trial Date: January 13, 2010<br>Ctrm.: 1 (4th Floor) |

Defendant The Paul Revere Insurance Company hereby requests permission to bring certain equipment into the courthouse and Courtroom 1 during the trial of the above-captioned matter.

Paul Revere's counsel (Thomas M. Herlihy and John T. Burnite) request that they be permitted to enter the courthouse and Courtroom 1 with two easels and large poster boards during the trial.

                                       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: January 7, 2010                      By _____/s/_____
                                                     Thomas M. Herlihy
                                                     John T. Burnite
                                                Attorneys for Defendant
                                                THE PAUL REVERE LIFE INSURANCE COMPANY

**ORDER**

IT IS HEREBY ORDERED that Thomas M. Herlihy and/or John T. Burnite shall be permitted to enter the courthouse and Courtroom 1 with two easels and large poster boards during the trial of the above-captioned matter which will begin on January 13, 2010.

Dated: January 11, 2010                             _/s/ Saundra B. Armstrong_____
                                                JUDGE OF THE DISTRICT COURT