```
1   DAY LAW OFFICES
    MONTIE S. DAY, Attorney  #073327
2   1235 Casa Palermo Circle
    Henderson, Nevada 89011
3   Tel:  (208) 280-3766
    Email:  oyad@aol.com
4
            Attorneys for P. PAUL STORRER
5

6   THOMAS M. HERLIHY (SBN 83615)
    JOHN T. BURNITE (SBN 162223)
7   WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
8   525 Market Street, 17th Floor
    San Francisco, California 94105-2725
9   Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
10
    Attorneys for Defendant,
11  THE PAUL REVERE LIFE
    INSURANCE COMPANY
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. PAUL STORRER, | ) |
| Plaintiff, | ) Case No. C97-04014 SBA |
| vs. | ) |
| THE PAUL REVERE LIFE | ) |
| INSURANCE COMPANY, a | ) COURT ORDER VACATING AND |
| Massachusetts corporation, | ) SETTING ASIDE JURY VERDICT |
| Defendant. | ) |

Upon the application of the plaintiff, P. Paul Storrer ("Storrer") and defendant, The Paul Revere Life Insurance Company ("Paul Revere"), and for good cause appearing,

IT IS HEREBY ORDERED that the jury verdict heretofore entered and filed as Docket No.350 is vacated and set aside.

Date: 2/25/10

*Sandra B. Armstrong*

JUDGE

---

ORDER VACATING VERDICT

- 2 -

1
2  Approved as to form:
3  DAY LAW OFFICES
   /s/ Montie S. Day
4  By:_____
   MONTIE S. DAY, Attorney   #073327
5  Attorneys for P. PAUL STORRER
6  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
7  /s/ Thomas M. Hereily
   By:_____
8  THOMAS M. HERLIHY (SBN 83615)
   Attorneys for Defendant,
9  THE PAUL REVERE LIFE INSURANCE
   COMPANY
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER VACATING VERDICT                               - 2 -